UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>OHS RESOURCES CORPORATION AND ZAKARY WOODS,<br><br>Defendants. | CIVIL CASE NO.<br><br>5:25-cv-00436-TES |

## ORDER

Currently before the Court is the Parties' Joint Motion to Stay All Deadlines Pending Mediation and, for good cause shown, the motion is hereby **GRANTED**. It is hereby **ORDERED** that the deadlines set out in the Court's Scheduling Order are modified as follows:

1. All deadlines in this case shall be stayed from the date of this Order until November 9, 2026, in light of the upcoming mediation on October 26, 2026.
2. The Parties will provide a joint status report on November 9, 2026, to the Court concerning the status of this matter, and, if necessary, a proposed scheduling order addressing the post-stay deadlines through the end of discovery.

**IT IS SO ORDERED** this the 5 day of Oct 2026.

JUDGE TILMAN E. SELF, III
United States District Judge
Middle District of Georgia
Macon Division

Prepared and Consented to by:

/s/ Seth M. Friedman
SETH FRIEDMAN
Georgia Bar No. 141501
CHRISTOPHER MEEKS
Georgia Bar No. 371020
MARSHALL S. SIMS
Georgia Bar No. 804511
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Seth.Friedman@lewisbrisbois.com
Christopher.Meeks@lewisbrisbois.com
Marshall.Sims@lewisbrisbois.com
*Attorneys for Evanston Insurance Company*

Consented to by:

/s/ Jared H. Jacobs
ALAN J. HAMILTON
Georgia Bar No. 232698
MARLA EASTWOOD
Georgia Bar No. 237701
JARED H. JACOBS
Georgia Bar No. 553482
**Shiver Hamilton Campbell, LLC**
3490 Piedmont Road, Suite 640
Atlanta, GA 30305
Alan@shiverhamilton.com
Marla@shiverhamilton.com
Jared@shiverhamilton.com
*Attorneys for Zakary Woods*

Consented to by:

/s/ Michael L. Chidester
MICHAEL L. CHIDESTER
Georgia Bar No. 124406
P.O. Box 1704
Byron, GA 31008
478-956-1643
michael@rightmikelaw.com
*Attorney for OHS Resources Corp.*